United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PURISIMA C. LACONICO,

    Plaintiff,

  v.

WELLS FARGO HOME MORTGAGE,

    Defendant.

Case No. 5:15-cv-02364-EJD

**ORDER TO SHOW CAUSE**

On July 2, 2015, Defendant Wells Fargo Home Mortgage filed a Motion to Dismiss. See Docket Item No. 12. The motion was served on Plaintiff Purisima C. Laconico ("Plaintiff") at the address listed on the Complaint. Pursuant to Civil Local Rule 7-3(a), Plaintiff was required to file an opposition to the Motion to Dismiss on or before July 20, 2015, after accounting for the extension of time for service by mail. She did not do so.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **September 21, 2015**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: September 10, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-02364-EJD
ORDER TO SHOW CAUSE