UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PURISIMA C. LACONICO,

        Plaintiff,

   v.

WELLS FARGO HOME MORTGAGE,

        Defendant.

Case No. 5:15-cv-02364-EJD

**ORDER DISMISSING CASE**

On September 10, 2015, the court ordered Plaintiff Purisima C. Laconico ("Plaintiff") to show cause in writing by September 21, 2015, why this action should not be dismissed for failure to prosecute after Plaintiff failed to file an opposition to Defendant's Motion to Dismiss. See Docket Item No. 14. As of this time, Plaintiff has not responded to the show cause order as directed.

Accordingly, this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). All pending matters are TERMINATED and VACATED. Judgment will be entered in favor of Defendant and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 23, 2015

                                          EDWARD J. DAVILA
                                          United States District Judge